S.H

| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court) Docket No. 1:04CR00013-002 DOCKET NUMBER (Rec. Court) |
|---|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Bryan Burgess<br>District of Massachusetts | DISTRICT<br>Rhode Island | | DIVISION<br>Providence |
| | NAME OF SENTENCING JUDGE<br>Honorable Mary M. Lisi<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>October 5, 2006 | TO:<br>October 4, 2009 |

08 CR 10189

OFFENSE

Conspiracy to Distribute and Possess With Intent to Distribute Ecstacy and six counts of Distribution of Ecstacy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

June 17, 2008 — *Date*

Mary M. Lisi
*Mary M. Lisi*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 25 2008 — *Date*

Alexander L. Wolf
*United States District Judge*

I hereby certify on 7/15/08 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By:
Deputy Clerk